UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

ZARA RABINOWITZ,

        Plaintiff,

vs.

UNITED STATES OF AMERICA,

        Defendant.

## COMPLAINT

### Jurisdiction and Venue

1. Plaintiff, Zara Rabinowitz, pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680, seeks compensatory damages arising from Defendant United States of America's (hereinafter "Defendant") negligence in the operation of a United States Postal Service vehicle.

2. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1346(b) in that this is a claim against the Defendant United States of America for money damages, accruing on or after January 1, 1945, for personal injury caused by the negligent and wrongful acts and omissions of employees of the Government while acting within the course and scope of their office or employment under the circumstances where the Defendant, if a private person, would be liable to the Plaintiff.

3. Jurisdiction founded upon the federal law is proper in that this action is premised upon federal causes of action under the Federal Tort Claims Act (hereinafter "FTCA"), 28 U.S.C.

§ 2671, et. seq.

4. This action is timely pursuant to 28 U.S.C. § 2401(b) in that it was presented to the appropriate federal agency within two years of accrual and this action was filed within six months of receipt of the certified letter sent by the federal agency denying the claim.

5. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and 1391(c), as Defendant does business in this judicial district and the events or omissions giving rise to the claims occurred in this judicial district.

## Statement of Claim

6. The Plaintiff, Zara Rabinovitz, resides at 226 Norwest Drive, Norwood, Norfolk County, Massachusetts.

7. On March 1, 2023, on Winter Street in Waltham, Massachusetts, United States Postal Service employee negligently operated a vehicle so as to collide with a vehicle occupied by Ms. Rabinovitz who was lawfully stopped at a red light.

8. As a result, the Plaintiff, Zara Rabinovitz, suffered injuries, was prevented from transacting her business, and suffered great pain of body and mind.

9. All conditions precedent to this action have been performed or have occurred.

WHEREFORE, the Plaintiff, Zara Rabinovitz, demands judgment against the Defendant, United States of America, in the amount of $150,000.00, and such other relief as is just and appropriate.

        Respectfully submitted,

        **ZARA RABINOWITZ**
        By counsel,

        */s/ J. Michael Conley*
        _____
        J. Michael Conley, Esq.  (BBO# 094090)
        KENNEY & CONLEY, P.C.
        100 Grandview Road, Suite 218
        P.O. Box 859139
        Braintree, MA  02185-9139
        781-848-9891
        michael@kenneyconley.com

Dated:  September 11, 2025